UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| K.L., a minor, by and through her parents, guardians, and next friends Kwansoo Lee and Towa Lee,<br><br>Plaintiffs,<br><br>v.<br><br>Washington Interscholastic Activities Association; Washington Office of Superintendent of Public Instruction,<br><br>Defendants. | No. 3:26-cv-06353-DGE<br><br>ORDER GRANTING STIPULATED MOTION TO STAY (DKT. NO. 23) |

Having considered parties' Stipulated Motion to Stay Deadlines (Dkt. No. 23), and good cause appearing, it is hereby **ORDERED** that the parties' Stipulated Motion to Stay Deadlines is **GRANTED.**

It is further **ORDERED** that Defendants' responsive pleading deadline and all other case deadlines are **STAYED** pending final resolution of *Brown v. Washington*

*Interscholastic Activities Ass'n,* Case No. 3:26-cv-05616-DGE, 2026 WL 2525463 (W.D. Wash. Aug. 23, 2026), *appeal pending,* No. 26-5488 (9th Cir.), *application for injunction pending appeal pending,* No. 26A458 (U.S. filed Oct. 2, 2026), including completion of all appeals or expiration of the deadlines to appeal.

It is further **ORDERED** that the parties shall file a joint status report within 30 days after final resolution of the *Brown* litigation.

Dated this 23rd day of November, 2026.

David G. Estudillo
United States District Judge